1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           NORTHERN DISTRICT OF CALIFORNIA

10

| DAVIDE DI CILLO, | CASE NO. 3:14-cv-00810-SI |
|---|---|
| Plaintiff, | **~~PROPOSED~~ ORDER CONTINUING HEARING ON DEFENDANT GNC HOLDINGS, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |
| vs. | |
| GNC HOLDINGS, INC., and DOES 1 through 100, | |
| Defendants | |

1  The Parties to the above-captioned matter stipulated and agreed and respectfully requested
2  that the hearing on GNC's Motion to Dismiss be removed from the Court's calendar for June 27,
3  2014 at 9:00 AM and reset for August 29, 2014 at 9:00 AM, or as soon thereafter as this matter
4  may be heard, to the extent that this matter is still before the Court.

5  GOOD CAUSE SHOWN, it is hereby ORDERED that GNC's Motion to Dismiss is reset
6  for ____August 29, 2014____.  This Order is entered without prejudice to any party's rights in
7  connection with the Motion.  The initial case management conference is continued to 8/29/14 at 2:30 p.m.
8  IT IS SO ORDERED.

10  Dated: ____6/24/14____   _____
                                United States District Judge

2
PROPOSED ORDER CONTINUING HEARING ON DEFENDANT GNC HOLDINGS, INC.'S
MOTION TO DISMISS
CASE NO. 3:14-CV-00810-SI